# MOTION HEARING

Date: April 30, 2010

Start: 959
Finish: 1005

Judge: IVAN D. DAVIS
Reporter: FTR
Deputy Clerk: Kate Toth

Civil Action Number: 09 CV 1141

Weitzman

vs.

Lead Networks Domains

Appearance of Counsel for (✓) Pltf ( ) Deft
(✓) Matter is Uncontested
Motion to/for:

Plf's motion for default judgment as to subject domains

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement (✓) Continued to

Plf to file supplemental briefings by 5/7/10
Matter continued to 5/14/10 (if needed)

Court will make ruling after supplemental briefing is filed & reviewed

( ) Report and Recommendation to Follow
( ) Order to Follow