IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

WARREN WEITZMAN, )
)
      Plaintiff, )
)
v. ) Civil Action No. 01:09-cv-1141
)
LEAD NETWORKS DOMAINS PVT. )
LTD., )
)
      Defendant. )
)

## ORDER

This matter comes before the Court on Plaintiff's Notices of Dismissal with Prejudice. It is hereby

ORDERED that the Plaintiff's motions are GRANTED, and that this case is DISMISSED with prejudice as to the domains validas.com and condenaste.com.

                                        /s/
                                 Claude M. Hilton
                           United States District Judge

Alexandria, Virginia
May 3, 2010