**Warren**
_____

**From:** Domain Renewals - eNom [info@enom.com]
**Sent:** Wednesday, January 17, 2001 8:44 PM
**To:** warren@warren.com
**Subject:** DAFFY.COM is set to auto-renew on 01/27/2001

Dear Warren Weitzman:

The domain name DAFFY.COM in your eNom account (login: WarrenWeitzman) will automatically renew for a period of 1 year on 01/27/2001.
To renew it do nothing. If you DO NOT want this domain to auto-renew please follow the steps below:

1. Go to https://www.enom.com/HostMain.asp
2. Login
3. Find the domain(s) you do not want to be auto-renewed
4. Click on the <Registered> link for the domain
5. Scroll down and uncheck <Renew the registration of this domain name when it expires>
6. Click on <Modify>

Remember, take no action to renew this domain name. A confirmation e-mail will be sent once the transaction is completed.

If you have any questions, please reply to this e-mail or call our technical support center at (425) 883-8860, ext. 203.

Thank you for using eNom for all of your Domain Name services.

Sincerely,
eNom Customer Support

eNom, Inc.
an accredited ICANN Registrar

## Warren

| | |
|---|---|
| **From:** | eNom Customer Service [info@enom.com] |
| **Sent:** | Tuesday, January 30, 2001 12:05 AM |
| **To:** | warren@warren.com |
| **Subject:** | Order Confirmation (Order #155588243) |

January 29, 2001

Dear Warren Weitzman,

Thank you for your recent order. Your order has been processed as follows:

The following domain was extended successfully:
daffy.com - $6.95 (1 Year)

The total amount billed for this order was $6.95.

Thank you for using eNom services. If you have any questions regarding this order or any of eNom's services feel free to contact our technical support team by replying to this email.

Sincerely,

eNom Inc.
an accredited ICANN Registrar

425-883-8860
info@enom.com

**Warren**

**From:** eNom Customer Service [info@enom.com]
**Sent:** Sunday, January 27, 2002 11:18 PM
**To:** warren@warren.com
**Subject:** Order Confirmation (#155974579)

Dear W W:

Thank you for your recent eNom order. Below you will find a summary of the products and services ordered:

```
Type       Qty  ExtAmt  Description / Status
=====================================================================
Renewal     1    6.95   daffy.com / Successful
```

TOTAL BILLED: $6.95 to your reseller account


Thanks again for using Domain Name services from eNom. If you have any questions regarding this order please reply to this message or contact our technical support center at (425) 883-8860, ext. 203.

Sincerely,
eNom Customer Support

eNom, Inc.
an accredited ICANN Registrar
http://www.enom.com

**Warren**

| | |
|---|---|
| **From:** | eNom Customer Service [info@enom.com] |
| **Sent:** | Tuesday, January 28, 2003 5:06 AM |
| **To:** | warren@warren.com |
| **Subject:** | Order Confirmation (#157049288) |

Dear Warren Weitzman:

Thank you for your recent order. Below you will find a summary of the products and services ordered:

```
Type       Qty  ExtAmt  Description / Status
==================================================================
Renewal     1    6.95   daffy.com / Successful
```

TOTAL BILLED: $6.95 to your reseller account


Thanks again for using us for your domain name services. If you have any questions regarding this order please reply to this message.

Sincerely,
eNom, Inc.

**Warren**
_____

**From:** eNom Customer Service [info2@enom.com]
**Sent:** Tuesday, January 27, 2004 7:01 AM
**To:** warren@warren.com
**Subject:** Order Confirmation (#159074410)

Dear Warren Weitzman:

This order has been generated via our automatic renewal process. Below you will find a summary of the products and services ordered for your account (LoginID = WarrenWeitzman):

```
Type       Qty  ExtAmt  Description / Status
=================================================================
Renewal     1   6.95    daffy.com / Successful
```

TOTAL BILLED: $6.95 USD to your reseller account


Thanks again for using us for your online services. If you have any questions regarding this order please visit our support center on our web site.

Sincerely,
eNom, Inc.

1

**Warren**

| | |
|---|---|
| **From:** | IDC [warren@warren.com] |
| **Sent:** | Thursday, January 27, 2005 6:03 AM |
| **To:** | warren@warren.com |
| **Subject:** | Order Confirmation (#162328381) |

Dear Warren Weitzman:

This order has been generated via our automatic renewal process. Below you will find a summary of the products and services ordered for your account (LoginID = lewietrust):

```
Type            Qty  ExtAmt  Description / Status
================================================================================
Renewal          1   $6.95   daffy.com / Successful
```

TOTAL BILLED: $6.95 USD to your reseller account


Thanks again for using us for your online services. If you have any questions regarding this order please visit our support center on our web site.

Sincerely,
IDC

1

**Warren**

| | |
|---|---|
| **From:** | IDC [warren@warren.com] |
| **Sent:** | Friday, January 27, 2006 9:11 AM |
| **To:** | warren@warren.com |
| **Subject:** | Order Confirmation (#166699654) |

Dear Warren Weitzman:

This order has been generated via our automatic renewal process. Below you will find a summary of the products and services ordered for your account (LoginID = lewietrust):

```
Type         Qty  ExtAmt  Description / Status
================================================================
Renewal       1   $6.95   daffy.com / Successful
```

TOTAL BILLED: $6.95 USD to your reseller account


Thanks again for using us for your online services. If you have any questions regarding this order please visit our support center on our web site.

Sincerely,
IDC

1

**Warren**

| | |
|---|---|
| **From:** | IDC [warren@warren.com] |
| **Sent:** | Saturday, January 27, 2007 5:55 AM |
| **To:** | warren@warren.com |
| **Subject:** | Order Confirmation (#175635704) |

Dear Warren Weitzman:

This order has been generated via our automatic renewal process. Below you will find a summary of the products and services ordered for your account (LoginID = lewietrust):

Individual Items
================

| Type | Qty | ExtAmt | Description / Status |
|---|---|---|---|
| Renewal | 1 | $6.95 | daffy.com / Successful |

TOTAL BILLED: $6.95 USD to your reseller account


Thanks again for using us for your online services. If you have any questions regarding this order please visit our support center on our web site.

Sincerely,
IDC

## Warren

**From:** Billing Dept. [billing@leadnetworks.com]
**Sent:** Saturday, August 11, 2007 4:29 AM
**To:** warren@warren.com
**Subject:** Payment Details

This is to confirm the payment of the following Invoices/Debit Notes

| Id | Amount (USD) | Pending Amount (USD) | Description |
|---|---|---|---|
| 8347699 | 9.00 | 0.00 | Transfer of daffy.com from old Registrar along with 1 year Renewal |

The above Invoices/Debit Notes were settled using the following Receipts/Credit Notes of your

| Id | Amount (USD) | Balance Amount (USD) | Description |
|---|---|---|---|
| 8146664 | 95.00 | 39.00 | Received USD 95.00 via Transecute Gateway (Ref: AddFund-C-332097-453432) |

## Support
For any support with respect to your relationship with us you can always contact us directly using the following Information.
*Technical Support:*
Email Address: support@leadnetworks.com

*Sales Contact:*
Email Address: sales@leadnetworks.com
Tel: +91.2226300138
Fax: +91.2226311820

*Billing Contact:*
Email Address: billing@leadnetworks.com
Tel: +91.2226300138
Fax: +91.2226311820

## Contact our Billing Department
**Lead Networks Domains Pvt. Ltd.**
B-304, Florida, Y-11, Shastri Nagar,
Lokhandwala Complex, Andheri (West),
Mumbai, MAHARASHTRA,
INDIA - 400053
Ph: +91-2226300138
Fax: +91-2226311820

## Warren

| | |
|---|---|
| **From:** | Sales Dept. [sales@leadnetworks.com] |
| **Sent:** | Tuesday, January 13, 2009 3:03 AM |
| **To:** | warren@warren.com |
| **Subject:** | Completed: Renewal of daffy.com for 1 years |

Congratulations. Your Domain Name daffy.com has been Renewed for a period of 1 years. Please read through this mail, and store it for future reference, since it contains important information about the Renewal.

**Order Details**
Order ID: 9818909
Domain Name: daffy.com
No of Years Added: 1
Invoice Total: USD 10.0
New Expiry Date: Friday, February 26, 2010

**Whois Lookup**
You can verify that your domain name is indeed renewed by checking the Whois Lookup, which will show you the domain details and expiry dates. Click on the link below to do a whois lookup on your domain name

http://leadnetworks.myorderbox.com/whois?

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following information.

*Technical Support:*
Email Address: support@leadnetworks.com

*Sales Contact:*
Email Address: sales@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

*Billing Contact:*
Email Address: billing@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

**Contact our Sales Department**

**Lead Networks Domains Pvt. Ltd.**
707, C-Wing, 7th Floor, Neptune Society,
Lokhandwala Complex, 4th Cross Road, Andheri (West),
Mumbai, MAHARASHTRA,
INDIA - 400053
Ph: +91-2226313093
Fax: +91-2226313094

1

## Warren

**From:** Billing Dept. [billing@leadnetworks.com]
**Sent:** Tuesday, January 13, 2009 3:03 AM
**To:** warren@warren.com
**Subject:** Payment Details

This is to confirm the payment of the following Invoices/Debit Notes

| Id | Amount (USD) | Pending Amount (USD) | Description |
|---|---|---|---|
| 14784939 | 10.00 | 0.00 | Renewal of daffy.com for 1 years |

The above Invoices/Debit Notes were settled using the following Receipts/Credit Notes of your

| Id | Amount (USD) | Balance Amount (USD) | Description |
|---|---|---|---|
| 11634507 | 105.45 | 0.00 | Received USD 105.45 via Transecute Gateway (Ref: AddFund-C-332097-742436) |
| 11748973 | 9.50 | 7.45 | Sales Reversal Credit for Failure of Transaction ID 11692641(Transfer of oncologics.com from old Registrar along with 1 year Renewal) |

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following Information.

*Technical Support:*
Email Address: support@leadnetworks.com

*Sales Contact:*
Email Address: sales@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

*Billing Contact:*
Email Address: billing@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

**Contact our Billing Department**

**Lead Networks Domains Pvt. Ltd.**
707, C-Wing, 7th Floor, Neptune Society,
Lokhandwala Complex, 4th Cross Road, Andheri (West),
Mumbai, MAHARASHTRA,
INDIA - 400053
Ph: +91-2226313093
Fax: +91-2226313094

## Warren

| From: | Billing Dept. [billing@leadnetworks.com] |
|---|---|
| Sent: | Tuesday, January 13, 2009 3:03 AM |
| To: | warren@warren.com |
| Subject: | Payment Details |

This is to confirm the payment of the following Invoices/Debit Notes

| Id | Amount (USD) | Pending Amount (USD) | Description |
|---|---|---|---|
| 14784939 | 10.00 | 0.00 | Renewal of daffy.com for 1 years |

The above Invoices/Debit Notes were settled using the following Receipts/Credit Notes of your

| Id | Amount (USD) | Balance Amount (USD) | Description |
|---|---|---|---|
| 11634507 | 105.45 | 0.00 | Received USD 105.45 via Transecute Gateway (Ref: AddFund-C-332097-742436) |
| 11748973 | 9.50 | 7.45 | Sales Reversal Credit for Failure of Transaction ID 11692641(Transfer of oncologics.com from old Registrar along with 1 year Renewal) |

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following Information.

*Technical Support:*
Email Address: support@leadnetworks.com

*Sales Contact:*
Email Address: sales@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

*Billing Contact:*
Email Address: billing@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

**Contact our Billing Department**

**Lead Networks Domains Pvt. Ltd.**
707, C-Wing, 7th Floor, Neptune Society,
Lokhandwala Complex, 4th Cross Road, Andheri (West),
Mumbai, MAHARASHTRA,
INDIA - 400053
Ph: +91-2226313093
Fax: +91-2226313094

# Warren

| | |
|---|---|
| From: | Warren [warren@warren.com] |
| Sent: | Friday, February 13, 2009 2:21 PM |
| To: | 'Billing Dept.'; 'support@leadnetworks.com' |
| Subject: | no response to renewal or locked account! |

I'm having trouble logging in. .. I've used the temp passwd retrieval
and still can't get in using warren@warren.com. Is there something wrong
w/ the system?
I need to delete some domains. Can you assist please?

Thanks,
Warren


**From:** Billing Dept. [mailto:billing@leadnetworks.com]
**Sent:** Tuesday, January 13, 2009 3:02 AM
**To:** warren@warren.com
**Subject:** Renewal of daffy.com for 1 years Pending Payment


Please note details of your Pending Invoice below

**Invoice Details**
Invoice ID: 14784939
Invoice Description: Renewal of daffy.com for 1 years
Invoice Total: USD 10.00
Pending Amount: USD 10.00

**Order Details**
Order ID: 9818909
Order Description: Renewal of daffy.com for 1 years

You have not yet paid for this Invoice. You can Print this Invoice, as well as Execute or Cancel this Order by following the below steps.

1. Click on the link below

http://leadnetworks.myorderbox.com/servlet/PrePaymentServlet?transid_type=14784939_invoice&payfor=customer&role=customer&paymentkey=PwZkESJRLk

2. The above link will remain active as long as the Invoice is not Paid or Cancelled

3. Use any of the below options for this Invoice

- Click on "Pay", if you wish to pay for this invoice
- Click on "Cancel" if you wish to Cancel the Order and the Invoice
- Click on the "Print" button if you wish to Print a copy of this Invoice

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following Information.

*Technical Support:*
Email Address: support@leadnetworks.com

*Sales Contact:*
Email Address: sales@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

*Billing Contact:*
Email Address: billing@leadnetworks.com
Tel: +91.2226313093
Fax: +91.2226313094

**Contact our Billing Department**

**Lead Networks Domains Pvt. Ltd.**
707, C-Wing, 7th Floor, Neptune Society,
Lokhandwala Complex, 4th Cross Road, Andheri (West),
Mumbai, MAHARASHTRA,
INDIA - 400053
Ph: +91-2226313093
Fax: +91-2226313094