IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Warren Weitzman,            )
                            )
v.                          )   Case No. 1:09 CV 1141-CMH/IDD
                            )
Lead Networks Domains Pvt. Ltd.  )
                            )

In Re:
   belis.com
   daffy.com
   epsun.com
   fivebars.com
   gunit.com
   helmsley.com
   livs.com
   mascaron.com
   oncologics.com
   pirreli.com
   profesia.com
   reabok.com
   remolacha.com
   satz.com
   sonystyles.com
   sunlet.com
   vespas.com
   vitallium.com
   viao.com
   zire.com
   redroof.org

### Affidavit of Warren Weitzman

I Warren Weitzman do hereby state under penalty of law that the follow statements are true and accurate to the best of my knowledge and belief.

1.   I am the true owner of the below listed domain names, having acquired each on the date listed below:

| | | |
|---|---|---|
| 1 | belis.com | 7/19/2002 |
| 2 | daffy.com | 1995 |
| 3 | epsun.com | 7/16/2001 |
| 4 | fivebars.com | 5/1/2006 |
| 5 | gunit.com | 4/22/2001 |
| 6 | helmsley.com | 7/10/2003 |
| 7 | livs.com | 6/14/2001 |
| 8 | mascaron.com | 5/19/2005 |

| 9  | oncologics.com | 6/10/2004  |
|----|----------------|------------|
| 10 | pirreli.com    | 1/10/2003  |
| 11 | profesia.com   | 11/25/2003 |
| 12 | reabok.com     | 3/28/2000  |
| 13 | remolacha.com  | 6/30/1999  |
| 14 | satz.com       | 12/16/2002 |
| 15 | sonystyles.com | 5/1/2005   |
| 16 | sunlet.com     | 11/30/2003 |
| 17 | vespas.com     | 3/29/2002  |
| 18 | vitallium.com  | 5/27/2006  |
| 19 | viao.com       | 9/29/1999  |
| 20 | zire.com       | 10/10/2004 |
| 21 | redroof.org    | 9/29/1999  |

2.  I have used the above listed domain names since acquisition in my business and have generated significant income from these domains until control was taken by Lead Networks who was at that time the registrar for the subject domains.

3.  Prior to the domains being misappropriated by Lead Networks, they generated in excess of $2,000 per month. From records received in this matter, it appears that Lead Networks has, through their inaction, drastically reduced the income generated by these domains.

4.  The subject domain names are collectively worth more than Two Million Dollars ($2,000,000).

5.  Lead Networks, as then-registrar for these domain names, inserted itself a controller of the domains depriving me of income from these domains as well as the ability to sell them.

6.  Lead Networks did so out of spite as evidenced by their failing to properly monitize the domains to generate the same level of income as I had received when I controlled my domains. What little income was generated went to Lead Networks.

2

7. I am seeking return of my domain names so that I may return to doing business as I have for many years.

8. As to the domain names sonystyles.com and viao.com, I am no longer asserting any ownership in these domains and am dismissing those domains.

Dated: the ___ day of May, 2010.

_____
Warren Weitzman

State of _MD_

City/County of _Montgomery_

Subscribed and sworn before me by Warren Weitzman in the above named city/county this _6_ day of May, 2010.

JENNIFER ANNE FITZPATRICK
Notary Public
Montgomery County
Maryland
My Commission Expires Apr 2, 2014

_____
Notary Public

My Commission Expires: _4/2/2014_

3