IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Warren Weitzman, | ) | |
| | ) | |
| v. | ) | Case No. 1:09 CV 1141-CMH/IDD |
| | ) | |
| Lead Networks Domains Pvt. Ltd. | ) | |
| | ) | |

In Re:
    sonystyles.com

<u>Motion to Dismiss as to Sonystyles.com</u>

    Comes Now the Plaintiff, Warren Weitzman, by counsel, and requests that this Court dismiss this matter as to the domain sonystyles.com, pursuant rule 41 of the Federal Rules of Civil Procedure. No answer or motion for summary judgement has been filed.

Date: May 6, 2010

                                                                         Respectfully Submitted,
                                                                         Warren Weitzman
                                                                         by counsel

      /s/
Jonathan Westreich, Esq.
VSB No. 37393
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050
fax: 703-548-1831
jonathan@westreichlaw.com