

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

WARREN WEITZMAN,

    Plaintiff,

v.                             Civil Action No. 1:09-cv-1141

LEAD NETWORKS DOMAINS PVT., LTD.,

    Defendant.

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 24, 2010. Defendant has not filed any objections to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

It is further ORDERED that, pursuant to 15 U.S.C. § 1125(d)(1)(C), VeriSign transfer the registrar of Domain Names <belis.com>, <daffy.com>, <epsun.com>, <fivebars.com>, <gunit.com>, <helmsley.com>, <livs.com>, <mascaron.com>, <oncologics.com>, <pirreli.com>, <profesia.com>, <reabok.com>, <remolacha.com>, <satz.com>, <sunlet.com>, <vespas.com>,

<Vitallium.com>, and <zire.com> from its current registrant to a registrar of Plaintiff's choosing to thereafter be registered in Plaintiff's name.

It is further ORDERED that Public Interest Registry, Inc., pursuant to 15 U.S.C. § 1125(d)(1)(C), transfer the registrar of Domain Name <redroof.org> from its current registrant to a registrar of Plaintiff's choosing to thereafter be registered in Plaintiff's name.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
October 26, 2010